Justice CASTILLE joins this Dissenting Opinion.

■

### STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Petitioner,

v.

### Margaret Mary KREEB and Gary James Kreeb, Respondent.

Supreme Court of Pennsylvania.

Aug. 24, 2000.

### *ORDER*

PER CURIAM:

**AND NOW,** this 24th day of August 2000, the petition for allowance of appeal is GRANTED, the decision of the Superior Court is REVERSED. *See Winslow–Quattlebaum v. Maryland Insurance*

*Group and Zurich Personal Insurance,* 561 Pa. 629, 752 A.2d 878 (2000).

■

### Robert TALKISH, Barbara Talkish, William Milton, and Mildred Milton,

v.

### ZONING HEARING BOARD OF HARBORCREEK TOWNSHIP and Brookside Fire Company

v.

### Township of Harborcreek.

### Petition of Robert Talkish, Barbara Talkish, William Milton, and Mildred Milton.

Supreme Court of Pennsylvania.

Aug. 28, 2000.

James R. Fryling, Erie, for petitioner.

### *ORDER*

PER CURIAM:

**AND NOW,** this 28 th day of August, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether this Court's holding in *Hertzberg v. Zoning Board of Adjustment of the City of Pittsburgh,* 554 Pa. 249, 721 A.2d 43 (1998), which applied a relaxed evidentiary standard for dimensional variances, overrules the requirement that an applicant for a variance present substantial evidence of all five requirements set forth in

the Municipal Planning Code, 53 P.S. § 10910.2(a)(1)–(5)?